# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

133001

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

THOMAS DAVIS,
     Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133001
COA: 271181
Wayne CC: 98-010911-01

_____/

     On order of the Court, the application for leave to appeal the December 27, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

s0521

_____
Clerk